IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY A. ANDREOZZI,

    Petitioner,                   No. CIV-99-0009 MCE KJM P

    vs.

ANA RAMIREZ PALMER,

    Respondent.                ORDER

_____/

    On April 28, 2005, petitioner filed a request for the appointment of counsel and a document titled "motion to bring fourth all exhausted issue from the California State Supreme Court wile on appeal from the federal courts . . ." Petitioner's application for writ of habeas corpus was denied on July 31, 2003. Petitioner is informed that the documents filed on April 28, 2005, as well as any other documents filed in the future under the above case number, will not be considered.

DATED: May 10, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

1
andr0008.158